**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Anthony Woods**;<br>DOB: 1969; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-12404MJ** |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about December 22, 2025, at or near Tucson, in the District of Arizona, **Anthony Woods** did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons known and unknown to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 27, 2025, members of the Tucson District Office Homeland Security Task Force (TDO-HSTF) was contacted by the Tucson United States Postal Inspector Service (USPIS) regarding a parcel that had been shipped to Southfield, MI from Tucson, AZ. A review of surveillance video from the Post Office identified a heavy-set black male shipping the parcel. Based off of suspicious factors associated to the parcel, such as priority overnight shipment, a cash payment, and fictitious sender and recipient names and addresses on the parcel, the parcel was seized and USPIS personnel applied for and were granted a warrant to search the parcel. Law enforcement found approximately 875 grams of suspected methamphetamine inside the parcel, and field testing returned a positive result for the presence of methamphetamine.

USPIS conducted a postal database check of the address and found two prior parcels mailed to the same address as the aforementioned parcel on July 17, 2025, and August 1, 2025. Video surveillance obtained from both of these mailings identified the same heavy-set black male, in addition to the male arriving at the Post Office in a Volkswagen SUV bearing CA license plate 9MFD544. A records check of the license plate revealed the vehicle to be a rental car registered to Fox Rent A Car Inc. Agents contacted Fox Rent A Car and identified the rental authorized an additional user of Anthony WOODS with AZ driver's license. At this time, agents identified the shipper of the seized parcel as WOODS.

Agents obtained Internet Protocol (IP) information regarding the IP tracking the seized parcels which came back to a Cox Communications account for a residence in Tucson, AZ, where agents verified WOODS resides. In addition, USPIS identified telephone numbers who called USPS to locate the seized parcels that had not been delivered to the intended recipients. WOODS is currently under supervision of the Arizona Department of Corrections (DOC). WOODS has listed both the Tucson address and one of the telephone numbers which called USPS to locate the seized parcels with his parole officer.

Continued on Page 2

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>AMBER BERNARD *Digitally signed by AMBER BERNARD Date: 2025.12.22 19:34:29 -07'00'*<br>OFFICIAL TITLE<br>DEA Special Agent Amber Bernard |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 22, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Hepford  /s/SKH

Continuation from Page 1                                                                 25-12404MJ

On October 6, 2025, TDO-HSTF agents were contacted by Detroit USPIS regarding a parcel that had been shipped to Canton, MI from Tucson, AZ. The address listed on this parcel had previously received two additional parcels on 7/18/25 and 8/14/25 also linked to WOODS. USPIS noted the names and addresses on the shipping labels were not accurate.  The parcel was seized and USPIS personnel applied for and obtained a warrant to search the parcel. Law enforcement found approximately 950 grams of suspected methamphetamine inside, and field testing returned a positive result for the presence of methamphetamine.  Agents obtained IP tracking information for this parcel which revealed a T-Mobile cellphone tracking the parcel and belonging to WOODS.

On 12/22/25, TDO-SF agents located WOODS outside of the Tucson residence and arrested him.